CHAUTAUQUA PLANING MILL COMPANY, Respondent, v. NORTH SIDE BANK OF BROOKLYN and Another, Appellants, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.; Laughlin and Page, JJ., dissented on dissenting opinion in *Standard Sand & Gravel Co.* v. *City of New York* (172 App. Div. 80).

ROSE LESLIE, Respondent, v. CHARLES DILLINGHAM, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,500; in which event, judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

TASHJIAN CARPET CLEANING COMPANY, INC., Respondent, v. PIERRE WARNY and Another, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

STANLEY BROWN, an Infant, etc., Respondent, v. NICHOLAS ESCALANTE BATES, Appellant. WILLIS W. BROWN, Respondent, v. NICHOLAS ESCALANTE BATES, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict was against the weight of evidence and for errors in the charge, to which defendant took exception. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HERMAN OPPENHEIMER, Respondent, v. HERMAN CURIEL, Appellant.— Order affirmed, with ten dollars costs and disbursements; date of examination to be fixed in order. No opinion. Order to be settled on notice. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

GABRIEL A. BOBRICK, Respondent, v. DAVID MACKENZIE, Defendant. SECOND NATIONAL BANK OF HOBOKEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

THE CITY OF NEW YORK, Respondent, v. THE NEW YORK AND SOUTH BROOKLYN FERRY AND STEAM TRANSPORTATION COMPANY, Defendant, Impleaded with FRANCIS H. BERGEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

WILLIAM C. ECKERSON and Others, as Committee of the Person and Estate of SOPHIA ECKERSON, an Incompetent, Appellants, v. EDITH C. ECKERSON, as Executrix, etc., and Individually, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and order for examination modified as stated in order. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

NELLIE SILBERSTEIN, Appellant, v. GERSON SILBERSTEIN, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of five dollars a week alimony and one hundred dollars counsel fee. No opinion. Order to be settled on notice. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.